IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS ALLEN LINDSEY, JR., #243 750, ) ) ) Plaintiff, ) ) v. ) ) JEFFERSON S. DUNN, CHARLES ) DANIELS, ARNALDO MERCADO, ) EDWARD ELLINGTON, JOHN ) CROW, and GERALD TIPPINS, ) ) Defendants. ) | CASE NO. 2:21-CV-490-WKW [WO] |

## **ORDER**

On August 31, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 45.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 29th day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE